# EXHIBIT A

# EXHIBIT A1

HCDistrictclerk.com  SAXON, STACEY vs. LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE)                             6/2/2016

Cause: 201617522   CDI: 7   Court: 295

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 3/17/2016 |
| Case (Cause) Location | Civil Intake 1st Floor |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | Insurance |
| Next/Last Setting Date | N/A |
| Jury Fee Paid Date | N/A |

### COURT DETAILS

| | |
|---|---|
| Court | 295th |
| Address | 201 CAROLINE (Floor: 14)<br>HOUSTON, TX 77002<br>Phone:7133686450 |
| JudgeName | CAROLINE BAKER |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| SAXON, STACEY | PLAINTIFF - CIVIL | | HERREN, WILLIAM. C |
| 901 KOBAYASHI ROAD, WEBSTER, TX 77598 | | | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE) | DEFENDANT - CIVIL | | |
| 211 EAST 7TH STREET, AUSTIN, TX 78701 | | | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE) CAN BE SERVED BY SERVING | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 3/17/2016 | ORIGINAL PETITION | | | 0 | | HERREN, WILLIAM. C | SAXON, STACEY |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE) CAN BE SERVED BY SERVING | 3/17/2016 | | 5/4/2016 | 5/16/2016 | 5/18/2016 | 73243326 | CVC/CTM SVCE BY CERTIFIED MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 70346377 | Domestic Return Receipt | | 05/18/2016 | 1 |
| 70295926 | Certified Mail Receipt | | 05/13/2016 | 1 |
| 70344451 | CERTIFIED MAIL TRACKING NUMBER 7014 1820 0001 6307 9207 | | 05/04/2016 | 1 |
| 69446950 | Plaintiffs Original Petition | | 03/17/2016 | 4 |

# EXHIBIT A2

3/17/2016 1:17:59 PM
Chris Daniel - District Clerk Harris County
Envelope No. 9658589
By: Wanda Chambers
Filed: 3/17/2016 1:17:59 PM

CAUSE NO. _____

| | | |
|---|---|---|
| **Stacey Saxon** | § | IN THE DISTRICT COURT |
|     **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | OF HARRIS COUNTY TEXAS |
| **The Lincoln National Life Insurance** | § | |
|     **Company** | § | |
|     **Defendant** | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Stacey Saxon alleges as follows:

**Discovery Control Plan**

1.  Plaintiff is a resident and citizen of Harris County, Texas.

2.  Defendant is an insurer engaged in the business of insurance in Texas and can be served by serving its Registered Agent for Service of Process as follows:

    Corporation Service Company
    211 East 7th Street, Suite 620
    Austin, Texas 78701-3218

**The Nature of this suit.**

3.  This suit is brought to recover damages for breach of an agreement to pay disability benefits pursuant to a contract or policy of insurance ("the Policy") and for statutory damages. The Policy, identified as Policy Number 00085000813300000, was issued to Plaintiff's employer, Galveston County, by Defendant.

## BREACH OF CONTRACT

4.  Plaintiff is covered by and is a beneficiary of the Policy.

5.  All conditions precedent to bringing this suit have been performed or have occurred.

Any notice required by the Policy has been made or has been waived by Defendant.

6.  Plaintiff has fully performed her obligations under the terms of the Policy.

7.  Plaintiff is disabled due to disease.

8.  Defendant breached its contractual obligations under the Policy by failing to pay and refusing to pay benefits due to Plaintiff pursuant to the terms of the Policy.

9.  Defendant's actions show a fixed intention to abandon, renounce, and refuse to perform the contract without just cause.

### STATUTORY DAMAGES PURSUANT TO TEXAS INSURANCE CODE

10.  Plaintiff asserts her cause of action pursuant to Tex. Ins. Code § 541.151 against Defendant.  She alleges that Defendant engaged in an act or practice defined by Tex. Ins. Code, Chapter 541, Sub-chapter B, to be an unfair method of competition or an unfair or deceptive act or practice in the business of insurance.  Plaintiff alleges that Defendant engaged in one or more of the practices enumerated in Tex. Ins. Code §§ 541.060 and 541.061, namely ...

11.  § 541.060.  Unfair Settlement Practices

   a.  misrepresenting to claimant a material fact or policy provision relating to coverage at issue [541.060 (a) (1)];

   b.  failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim with respect to which the insurer's liability has become reasonably clear [541.060 (a)(2)(A)];

   c.  failing to promptly provide to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim [541.060 (a)(3)];

   d.  refusing to pay a claim without conducting a reasonable investigation with respect to the claim [541.060 (a)(7)]; and

12.  § 541.061.  Misrepresentation of Insurance Policy

   a.  making an untrue statement of material fact [541.061 (1)];

   b.  failing to state a material fact necessary to make other statements made not misleading, considering the circumstances under which the statements were made [541.061 (2)];

    c.    making a statement in a manner that would mislead a reasonable prudent person to a false conclusion of a material fact [541.061 (3)];

    d.    making a material misstatement of law [541.061 (4)].

13.    Pursuant to Tex. Ins. Code § 541.152 Plaintiff alleges that Defendant knowingly committed one or more of the act or acts alleged herein and proscribed by Tex. Ins. Code §§ 541.060 and 541.061.  For purposes of this allegation the term "knowingly" is defined by Tex. Ins. Code § 541.002 (1).

14.    Plaintiff alleges that Defendant received all items, statements, and forms that were reasonably requested and required by Tex. Ins. Code § 542.055 and that Defendant delayed payment of her claim for a period exceeding that stated in Tex. Ins. Code § 542.058 (a).  She asserts her cause of action pursuant to Tex. Ins. Code §§ 542.058 and 542.060 for statutory damages and associated fees for delay in payment of her claim.

STATUTORY DAMAGES PURSUANT TO TEXAS BUSINESS
AND COMMERCE CODE, DECEPTIVE TRADE PRACTICES ACT

15.    Plaintiff asserts her cause of action pursuant to Texas Business and Commerce Code, §17.50.  She alleges that one or more proscribed actions of Defendant is a producing cause of economic damages or damages for mental anguish, namely

    a.    unconscionable action or course of action [§17.50 (a)(3)];

    b.    the act(s) or practice(s) proscribed by Tex. Ins. Code §§ 541.061 and 541.061 and alleged herein [§17.50 (a) (4)].

16.    Pursuant to Texas Business and Commerce Code §17.50 (b) (1) Plaintiff alleges that Defendant committed the alleged conduct knowingly and intentionally as those terms are defined in § 17.45 (9) and (13), respectively.

**Request for relief.**

17.    Damages:    Plaintiff has incurred damages, both past and future, because of Defendant's breach of contract and because of Defendant's refusal to perform the contract without just excuse, all of which she will prove.

18.    Plaintiff has incurred statutory damages pursuant to Texas Insurance Code due to Defendant's

      Unfair Settlement Practices;

      Misrepresentation of Insurance Policy;

      Knowing commitment of the alleged act(s) alleged; and

      Delay in payment of her claim.

19.     Plaintiff has incurred statutory damages pursuant to Texas Business and Commerce Code, Deceptive Trade Practices Act, due to Defendant's

      Commitment of one or more proscribed actions as alleged; and

      Commitment of the alleged conduct knowingly and intentionally.

20.     Interest:     Plaintiff is entitled to pre-judgment and to post-judgment interest.

21.     Attorney fees: Because of Defendant's refusal to make payments pursuant to the Policy and other actions as alleged Plaintiff was obliged to engage an attorney to assist her in obtaining the benefits due to her; she claims attorney fees pursuant to Texas law, both Civil Practices and Remedies Code § 38.001 (8) and Texas Insurance Code § 542.060 and any other provision of Texas law. Plaintiff claims costs of suit and for such other relief as she is entitled.

      **Wherefore, Premises Considered**, Plaintiff requests that she have judgment against Defendant for damages, statutory damages, pre-judgment interest, post-judgment interest, attorney fees, costs, and all other relief to which she may be entitled.

      s/s _____
      William C. Herren
      SBN 09529500
      6363 Woodway, Suite 825
      Houston, Texas 77057
      (713) 682-8194
      (713) 682-8197 Fax
      billh@herrenlaw.com
      March 16, 2016

# EXHIBIT A3

14-17522

**FILED**
Chris Daniel
District Clerk
MAY 13 2016
Time:_____ Harris County, Texas
By_____ Deputy



U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

7014 1820 0001 6307 9207

Postage $ .15
Certified Fee 3.30
Return Receipt Fee (Endorsement Required) 2.70
Restricted Delivery Fee (Endorsement Required)

LINCOLN NATIONAL LIFE INSURANCE COMPANY
C/O
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN, TX 78701-3218

RECEIVED MR Postmark Here Chris Daniel District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

# EXHIBIT A4

CAUSE NO. 201617522

```
                            RECEIPT  NO.                75.00          CTM
                            *********                    TR # 73243326
PLAINTIFF: SAXON, STACEY                            In The  295th
    vs.                                             Judicial District Court
DEFENDANT: LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE)  of Harris County, Texas
                                                    295TH DISTRICT COURT
                                                    Houston, TX
```

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE) CAN BE SERVED BY SERVING
    ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
    211 EAST 7TH STREET SUITE 620  AUSTIN TX 787013218

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 17th day of March, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 4th day of May, 2016, under my hand and
seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
HERREN, WILLIAM. C                       Harris County, Texas
6363 WOODWAY DR., SUITE 825              201 Caroline      Houston, Texas 77002
HOUSTON, TX 77057                        (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 682-8194
Bar No.: 9529500                         GENERATED BY: EVANS, BONISHA EBONY   C1V//10336785

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
 PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

ADDRESSEE                                ADDRESS

                                         Service was executed in accordance with Rule 106(a)
                                         (2) TRCP, upon the Defendant as evidenced by the
                                         return receipt incorporated herein and attached
                                         hereto at _____

                                         on _____ day of _____, _____
                                         by U.S. Postal delivery to _____

                                         This citation was not executed for the following
                                         reason: _____

                                         CHRIS DANIEL, District Clerk
                                         HARRIS COUNTY, T E X A S

                                         By _____, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N.INT.CITM.P

# EXHIBIT A5

16-17522

**FILED**
Chris Daniel
District Clerk

MAY 18 2016

Time:_____
Harris County, Texas
By_____
Deputy

CONFIRMED FILE DATE: 5/18/2016

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAY 16 2016 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>C/O<br>CORPORATION SERVICE COMPANY<br>211 EAST 7TH STREET SUITE 620<br>AUSTIN, TX 78701-3218 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2016-17522  295th<br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1377 5285 4222 44 | 3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery |
| 7014 1820 0001 6307 9207 | ☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™<br>☐ Mail ☐ Signature Confirmation Restricted Delivery<br>☐ Mail Restricted Delivery (over $500) |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of Imaging.