United States District Court
Southern District of Texas
**ENTERED**
August 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STACEY SAXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 4:16-cv-01571 |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

**WHEREFORE,** Plaintiff Stacey Saxon and Defendant The Lincoln National Life Insurance Company have filed a Joint Stipulation of Dismissal pursuant to the Federal Rules of Civil Procedure [Doc. 11], it is hereby

**ORDERED, ADJUDGED, and DECREED** that all claims of all parties in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

SIGNED on _August 19, 2016_, at Houston, Texas.

_____
Vanessa D. Gilmore
United States District Judge

1/4057335.1